IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS DEAN BURTCH, JR., | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00065-MTT-CHW |
| | * |
| JACOBS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 1st day of April, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk